**IN THE UNITED STATES DISTRICT COURT**
**FOR EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| Maria and Jose Aguilar, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | Case No.  24-cv-130-JRG-JBB |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | |
| Garland C Motor Company, LLC | ) | |
| d/b/a Lonestar Cadillac, | ) | |
| | ) | |
| Defendant | ) | |

**UNOPPOSED MOTION TO STAY ALL DEADLINES AND**

**NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

On February 3, 2025, the Parties tentatively agreed to a settlement of all claims. The Parties have since endeavored to finalize a settlement agreement. To date, that process has not been completed; however, the Parties remain hopeful that the settlement may be finalized.

In furtherance of that end, the Parties move this Court to stay all deadlines until such time as the Parties either finalize settlement or determine that settlement has failed.

Unopposed Motion to Stay All Deadlines and Notice of Settlement – Page 1 of 2

Dated: February 28, 2025

Respectfully submitted,

/s/Nicholas H. Parks
Nicholas H. Parks, Attorney for Plaintiffs
The Parks Law Firm, P.C.
PO Box 200
Shannon, AL 35142
Phone: 214-991-2642
Fax: 214-441-6425
Email: nhparks@gmail.com
Alabama Bar No: 7306M46B
Texas Bar No: 24058032

## CERTIFICATE OF CONFERENCE

Counsels for the Parties conferred via telephone on February 26, 2025. Defendant's Counsel is unopposed.

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2025, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Nicholas H. Parks

Nicholas Parks

Unopposed Motion to Stay All Deadlines and Notice of Settlement – Page 2 of 2