**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| Maria and Jose Aguilar, | ) |
| Plaintiffs, | ) |
| v. | )   Case No.: 5:24-cv-00130-JBB |
| Garland C Motor Company, LLC d/b/a | ) |
| Lonestar Cadillac, | ) |
| Defendant. | ) |

## ORDER GRANTING UNOPPOSED MOTION TO STAY ALL DEADLINES

Before the Court is Plaintiffs' Unopposed Motion to Stay all Deadlines and Notice of Settlement. Dkt. No. 24. According to the motion, the parties tentatively agreed to a settlement of all claims on February 3, 2025, but the parties have not finalized a settlement agreement to date. The parties remain hopeful that the settlement may be finalized and request the Court stay all deadlines until such time as the parties can either finalize the settlement or determine that settlement has failed. The Court is of the opinion the motion (Dkt. No. 24) should be **GRANTED** as follows.

It is **ORDERED** that all deadlines in the above-referenced cause of action are stayed for thirty (30) days pending finalization of the settlement. The parties or their counsel shall submit to the Court all papers necessary for the closing of this case and its removal from the active docket of this Court within thirty (30) days from the date of entry of this Order. If the parties have not finalized their dismissal paperwork by that time, the parties shall file a status update reflecting the parties' settlement progress.

SIGNED this the 3rd day of March, 2025.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE