## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| MARIA AND JOSE AGUILAR, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| V. | § | Civil Action No. 5:24-cv-00130-JBB |
| | § | |
| GARLAND C MOTOR COMPANY, LLC | § | |
| d/b/a LONE STAR CADILLAC | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice (Dkt. No. 26).  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Maria and Jose Aguilar ("Plaintiffs") and Garland C Motor Company, LLC d/b/a Lone Star Cadillac ("Defendant") stipulate to the dismissal of the above-captioned action with prejudice, with each party to bear the party's own attorneys' fees and costs.

It is **ORDERED** the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 26) is accepted by the Court. The Court further **ORDERS** this case is **DISMISSED** with prejudice, with each party to bear their own costs.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

SIGNED this the 27th day of March, 2025.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE